| | | |
|---|---|---|
| AUSA: Jeremiah Smith | | Telephone: (313) 226-9100 |
| Task Force Officer: Scott DeWolley | | Telephone: (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Arthur J. Williams

Case No.

Case: 2:23−mj−30191
Assigned To : Unassigned
Assign. Date : 5/10/2023
USA V. WILLIAMS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 1, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott P. DeWolley, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 10, 2023

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Task Force Officer (TFO) Scott P. DeWolley, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a police officer with the Ferndale Police Department (FPD) assigned as a TFO to the Federal Bureau of Investigation (FBI) Oakland County Gang and Violent Crime Task Force (OCGVCTF). I have experience in the investigation, apprehension, and prosecution of individuals involved in federal and state criminal offenses. Through my experience as a police officer and TFO, I have investigated multiple violations related to violent crimes and firearms offenses.

### INFORMATION SOURCES AND LIMITATIONS

2. I have personal knowledge or have been provided information by other law enforcement officers having personal knowledge of the facts set forth in this affidavit. Additionally, some of the facts contained within this affidavit are based on information derived from written reports that I have reviewed. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge about this matter.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Arthur J. Williams (B/M, DOB: XX/XX/1984), a convicted felon, knowingly possessed firearms and ammunition in

violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4.     On January 31, 2023, as part of a larger theft investigation, officers obtained a search warrant through the 46th District Court, State of Michigan for a residence located on Pierson Street in Detroit, Michigan.

5.     On February 1, 2023, the FBI OCGVCTF executed the search warrant and found WILLIAMS to be the lone occupant at the residence. During the search, police located and seized a loaded Glock G26 9mm caliber handgun inside the bathtub on the main level of the residence. Additionally, investigators located WILLIAMS' registered vehicle parked in front of the residence. On the vehicle's backseat, officers found a backpack containing a pistol magazine loaded with 13 9mm rounds of ammunition and the vehicle's title in WILLIAMS' name. Officers arrested WILLIAMS for an outstanding warrant out of Canton, Michigan.

6.     On February 3, 2023, I listened to a recorded telephone call from Macomb Correctional Facility between WILLIAMS and his mother. During the call, Williams' mother told WILLIAMS they can get a lawyer for the firearm that was located on February 1, 2023 at the residence on Pierson Street in Detroit, Michigan. WILLIAMS responded by stating, "Nah they got me cold on this one" and "nah mah they caught me with that." Williams' mother responded by saying, "I figured they were going to catch you with it."

7. I searched the Law Enforcement Information Network (LEIN) database for information about WILLIAMS' criminal history. LEIN revealed that WILLIAMS was currently on parole at the time police executed the search warrant on February 1, 2023. LEIN also showed that WILLIAMS had been previously convicted of no less than 12 felonies including most recently:

    A.    Felony Breaking and Entering – A Building with Intent, 16th Circuit Court, Macomb County, June 20, 2017; and

    B.    Felony Breaking and Entering – A Building with Intent, 16th Circuit Court, Macomb County, June 20, 2017.

8. On February 16, 2023, the Michigan Department of Corrections (MDOC) notified the FBI OCGVCTF that WILLIAMS pleaded guilty to the parole violation resulting from the officers' seizure of the firearm on February 1, 2023.

9. The MDOC provided me WILLIAMS' signed CSJ-290 Prisoner Pre-Release Notice form. The form explicitly states that, as a convicted felon, WILLIAMS is prohibited from using, carrying, or possessing a firearm or ammunition. WILLIAMS signed the CSJ-290 on January 25, 2022. Therefore, on February 1, 2023, WILLIAMS knew he was prohibited from possessing firearms and ammunition.

10. On February 23, 2023, Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Michael Jacobs, who is an interstate nexus expert, based on a verbal description of the firearm, but without physically examining it, opined

3

that the seized Glock G26 9mm caliber pistol had been manufactured outside of the State of Michigan, and, therefore, had traveled in and affected interstate commerce.

## CONCLUSION

11.     Probable cause exists that WILLIAMS knowingly possessed a firearm and ammunition on February 1, 2023, in violation of 18 U.S.C. § 922(g)(1). Furthermore, the violation occurred in Detroit, Michigan, which is in the Eastern District of Michigan.

Respectfully submitted,

_____
Scott P. DeWolley, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date:   May 10, 2023

4